THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv96

| | |
|---|---|
| LEONA A. WEST, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | **ORDER OF REMAND** |

**THIS MATTER** is before the Court on the Defendant's motion pursuant to sentence four of 42 U.S.C. § 405(g) to remand this cause for a new hearing and decision. [Doc. 13].

Sentence four of 42 U.S.C. §405(g) provides in pertinent part, "[t]he court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." The Defendant moves for reversal of his decision and for a remand for further administrative proceedings. The Plaintiff consents to the Defendant's motion.

Based on the representations of the parties, the Court finds that reversal and remand are appropriate. Melkonyan v. Sullivan, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991).

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for reversal and remand pursuant to sentence four of 42 U.S.C. §405(g) [Doc. 13] is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is hereby **REVERSED** and the case is **REMANDED**.

**IT IS FURTHER ORDERED** that upon remand the Appeals Council will direct the administrative law judge ("ALJ") to re-evaluate the medical opinion evidence and explain the weight given to such opinion evidence. If appropriate, the ALJ will obtain additional evidence and/or further clarification from the medical sources regarding their opinions. The ALJ also will evaluate and weigh the disability rating rendered by the North Carolina Department of Health & Human Services and reassess Plaintiff's residual functional capacity.

A Judgment of Remand is entered simultaneously herewith. The Clerk of Court is notified that this is a final judgment closing the case.

**IT IS SO ORDERED.**

Signed: November 30, 2011

Martin Reidinger
United States District Judge

3