THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv96

| | |
|---|---|
| LEONA A. WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## J U D G M E N T

For the reasons stated in the Order of Remand entered simultaneously herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Defendant's motion for reversal and remand pursuant to sentence four of 42 U.S.C. §405(g) [Doc. 13] is **GRANTED**; the decision of the Commissioner of Social Security is hereby **REVERSED**; and this case is **REMANDED**.

Signed: November 30, 2011

Martin Reidinger
United States District Judge